IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-CV-00040-KDB-DSC

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, et. al., | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| v. | )<br>) |
| NELSON R. EPPERLEY, et. al., | )<br>) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Gabrielle A. Sulpizio]" (document #31) filed November 14, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: November 14, 2022

David S. Cayer
United States Magistrate Judge